1  DEBRA F. BOGAARDS (State Bar No. 107804)
   PAVE & BOGAARDS
2  601 Montgomery Street, Suite 1210
3  San Francisco, California 94111
   Telephone: (415) 979-0480
4  Facsimile:  (415) 979-0482

5  Attorneys for Plaintiff
6  Les Cain

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  LES CAIN, an individual,            )
                                        )  Case No. 2267
13        Plaintiff,                    )
                                        )
14  v.                                  )
                                        )  CERTIFICATION OF INTERESTED
15                                      )  ENTITIES OR PERSONS
                                        )
16  ALLSTATE LIFE INSURANCE COMPANY,)
    an Illinois corporation,            )
17                                      )
                                        )
18        Defendant.                    )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____)

22

23  ///

24  ///

25
    ///
26
    ///
27

28

COMPLAINT                              Page 1 of 2

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named plaintiff and his immediate family (his spouse and his children, if any), there is no such interest to report.

Dated: May _1_, 2008

DEBRA F. BOGARDS
PAVE & BOGAARDS

by _____
Debra F. Bogaards
Attorneys for Plaintiff