1  DEBRA F. BOGAARDS
   PAVE & BOGAARDS
2  A Limited Liability Partnership
   601 Montgomery Street, Suite 1210
3  San Francisco, California  94111-2616
   Telephone: (415) 979-0480
4  Facsimile: (415) 979-0482

5  Attorneys for Plaintiff
   **LES CAIN**

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 LES CAIN, and individual,            )      CASE NO.    CV-08-2267
                                        )
12       Plaintiff,                     )      **DECLINATION TO PROCEED**
                                        )      **BEFORE A MAGISTRATE JUDGE**
13    v.                                )      **AND**
                                        )      **REQUEST FOR REASSIGNMENT**
14 ALLSTATE LIFE INSURANCE              )      **TO A UNITED STATES DISTRICT**
   COMPANY, an Illinois corporation,    )      **JUDGE**
15                                      )
         Defendant.                     )
16                                      )
                                               Action Filed:  May 1, 2008
17 _____              Trial Date:    None

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned party hereby declines to consent to the assignment of this case to a United

20 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

21 United States District Judge.

22 DATED: May 2, 2008                         PAVE & BOGAARDS
23
24
                                     By:_____
25                                        DEBRA F. BOGAARDS
                                          Attorney for Plaintiff
26                                        **LES CAIN**

27

28 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
   **AND**
   **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
                                 -1-