SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN 38925) promo@seyfarth.com
Aaron Belzer (SBN 238901) abelzer@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CAIN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>   Defendant. | Case No. C-08-02267 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING RELATED RULE 26 DEADLINES** |

The Court having considered the Ex Parte Application for An Order Continuing The Initial Case Management Conference and Extending Related Rule 26 Deadlines, filed by Defendant ALLSTATE LIFE INSURANCE COMPANY ("Allstate) in the above-captioned matter, as well as all the records and files herein, and good cause appearing therefore, HEREBY ORDERS as follows:

1.  The Initial Case Management Conference, currently set for August 7, 2008, is continued to September 30, 2008;

2.  The parties shall have up to and including September 16, 2008 to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, as well

1  as to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR
2  Phone Conference;
3      3.    The parties shall have up to and including <u>September 23, 2008</u> to file a Rule 26(f)
4  Report, complete initial disclosures or state objections in Rule 26(f) Report and file Case
5  Management Statements.
6      IT IS HEREBY ORDERED.
7
8  DATED: _____                         UNITED STATES DISTRICT COURT JUDGE

SF1 28331156.1

2

[Proposed] Order Granting Allstate's *Ex Parte* Application to Continue CMC and Deadlines