1  DEBRA F. BOGAARDS (SBN 107804)
   PAVE & BOGAARDS
2  A Limited Liability Partnership
   601 Montgomery Street, Suite 1210
3  San Francisco, California  94111-2616
   Debra@pave-bogaards.com
4  Telephone: (415) 979-0480
   Facsimile: (415) 979-0482
5
   Attorneys for Plaintiff
6  **LES CAIN**

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 LES CAIN, and individual,            )      CASE NO.    CV-08-2267
12                                      )
                                        )
13        Plaintiff,                    )      **AMENDED COMPLAINT**
                                        )
14                                      )      **DEMAND FOR JURY TRIAL**
      v.                                )
15                                      )      **[Breach of Contract-Insurance]**
                                        )
16 ALLSTATE LIFE INSURANCE             )
   COMPANY, an Illinois corporation,    )      Action Filed:  May 1, 2008
17                                      )      Trial Date:    None
                                        )
18        Defendant.                    )
                                        )
19 _____ )

20

21

22

23        Plaintiff Les Cain alleges as follows:

24 ////

25 ////

26 ////

27 ////

28

**AMENDED COMPLAINT CV 08-2267 MEJ**

-1-

## JURISDICTION

1.    This action for life insurance benefits and related relief. The amount in controversy exceeds $75,000, exclusive of interest and costs. This Court has subject matter jurisdiction under 28 U.S.C. Section 1332 (a)(1) (jurisdiction based on diversity of citizenship).

2.    Plaintiff is a citizen of the State of California.

3.    Plaintiff is informed and believes, and on the basis alleges, that defendant Allstate Insurance Company ("Allstate") is a citizen of the State of Illinois, within the meaning of 28 U.S.C. Section 1332.

## INTRADISTRICT ASSIGNMENT

4.    A substantial part of the events or omissions which give rise to plaintiff's claims occurred in the County of Contra Costa, State of California.

## FIRST CLAIM FOR RELIEF

### [Breach of Contract]

5.    Plaintiff Les Cain is, and at all relevant time was, a covered beneficiary under a life insurance policy (hereafter, the "Policy") issued by defendant Allstate to Mr. Cain's daughter.

6.    Plaintiff tendered a claim for benefits under the Policy following his daughter's death.

7.    Plaintiff has fulfilled every condition and has duly performed each and every obligation he was required to perform under the terms of the Policy, and is and at all relevant times has been entitled to payment of benefits under the terms and conditions of the Policy.

8.    Defendant Allstate has breached its their obligations to plaintiff under the Policy, including but not limited to the obligation to pay in full the benefits due under the Policy, by unreasonably and by wrongfully failing to conduct a proper investigation and review prior to denying payment of those benefits.

9.    As a direct and proximate result of defendant's conduct as alleged herein, plaintiff has suffered and will continue to suffer monetary and non-monetary damages, in an amount to be determined at trial, but which exceeds $75,000, including but not limited to loss of insurance benefits, emotional

**AMENDED COMPLAINT CV 08-2267 MEJ**

1  distress, and attorney's fees, and expenses.

2  WHEREFORE, plaintiff prays for judgment as set forth below.

3                              SECOND CLAIM FOR RELIEF

4                  [For Breach of Covenant of Good Faith and Fair Dealing]

5  10.   Plaintiff realleges and incorporates herein by this reference the allegations of paragraphs 1

6  through 9.

7  11.   Defendant's denial of plaintiff's claim for insurance benefits was unreasonable and without

8  proper foundation, and was oppressive, fraudulent and malicious toward plaintiff.

9  12.   As a direct and proximate result of defendant's conduct as alleged herein, plaintiff has suffered

10  and will continue to suffer monetary and non-monetary damages, in an amount to be determined at

11  trial, but which exceeds $75,000, including but not limited to loss of insurance benefits, emotional

12  distress, and attorneys' fees and expenses.

13  WHEREFORE, plaintiff prays for judgment as follows:

14          1.      For compensatory damages;

15          2.      For exemplary damages;

16          3.      For prejudgment interest;

17          4.      For attorney's fees, costs and expenses; and

18          5.      For such other and further relief as the Court deems just and proper.

19

20  DATED: August 5, 2008              PAVE & BOGAARDS

21

22                                      By:_____

23                                          DEBRA F. BOGAARDS
                                            Attorney for Plaintiff
24                                          **LES CAIN**

25

26

27

28

**AMENDED COMPLAINT CV 08-2267 MEJ**

1

2                          **DEMAND FOR JURY TRIAL**

3          Plaintiff hereby demands trial by jury of all the issues so triable.

4

5   DATED: August 5, 2008                    PAVE & BOGAARDS

6

7                                   By:_____

8                                       DEBRA F. BOGAARDS
                                        Attorneys for plaintiff
9                                       LES CAIN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AMENDED COMPLAINT CV 08-2267 MEJ**