1  DEBRA F. BOGAARDS (SBN 107804)
   PAVE & BOGAARDS
2  A Limited Liability Partnership
   601 Montgomery Street, Suite 1210
3  San Francisco, California 94111-2616
   Debra@pave-bogaards.com
4  Telephone: (415) 979-0480
   Facsimile: (415) 979-0482
5
   Attorneys for Plaintiff
6  LES CAIN

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | LES CAIN, and individual,        )  CASE NO.   CV-08-2267
12 |                                  )
   |     Plaintiff,                   )
13 |                                  )  NOTICE AND
   | v.                               )  ACKNOWLEDGMENT OF
14 |                                  )  RECEIPT OF AMENDED
   | ALLSTATE LIFE INSURANCE          )  COMPLAINT
15 | COMPANY, an Illinois corporation,)
   |                                  )
16 |     Defendant.                   )  Action Filed: May 1, 2008
   |                                  )  Trial Date:   None
17 |_____)

18                                     _____

19

20   TO: AARON BELZER, ON BEHALF OF DEFENDANT, 560 MISSION STREET, SUITE
     3100, SAN FRANCISCO, CA 94105
21
        The enclosed summons and complaint are served pursuant to Rule 4 (c) (2) (C) (ii) of the
22
   Federal Rules of Civil Procedure.
23
        You must complete the acknowledgment part of this form and return one copy of the
24
   completed form to the sender within 20 days.
25
        You must sign and date the acknowledgment. If you are served on behalf of a corporation,
26
   unicorporated association (including a partnership), or other entity, you must indicated under your
27

28 **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT CV 08-
   2267 MEJ**
                                          -1-

1  signature your relationship to that entity. If you are served on behalf of another person and you are
2  authorized to receive process, you must indicate under your signature your authority.
3      If you do not complete and return the form to the sender within 20 days you (or the party on
4  whose behalf you are being served) may be required to pay any expenses incurred in serving a
5  summons and complaint in any other manner permitted by law.
6      If you do complete and return this form, you (or the party on whose behalf you are being
7  served) must answer the complaint within 20 days. If you fail to do so, judgment by default will be
8  taken against you for the relief demanded in the complaint.
9      I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of
10 Amended Complaint was delivered on August 5, 2008.

                                    PAVE & BOGAARDS

                          By: _____
                              DEBRA F. BOGAARDS
                              Attorney for Plaintiff
                              **LES CAIN**

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT CV 08-2267 MEJ**
-2-

ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and complaint in the above-captioned matter at 560 Mission Street, Suite 3100, San Francisco, CA 94105

Date: _____        By: _____
                           **AARON BELZER**
                           Attorney for Defendant
                           AllState Life Insurance Company