**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CAIN, an individual, | No. C 08-02267 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation, | |
| Defendant. | |

Defendant's *ex parte* application for order to continue case management conference and related deadlines are **DENIED**.

**IT IS SO ORDERED.**

Dated: August 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE