**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No.  C08-2267 WHA

Title: Les Cain v. Allstate Life Ins

Plaintiff Attorneys:    Debra Bogaards

Defense Attorneys:    Peter Romo

Deputy Clerk: Frank Justiliano

Court Reporter:    Sahar McVickar

**PROCEEDINGS**

1)    CMC -   Held.

2)    

**ORDERED AFTER HEARING:**

The Court set dates and deadlines.    Scheduling order to be issued.
Case referred to ADR for mediation.