1  DEBRA F. BOGAARDS (SBN 107804)
   PAVE & BOGAARDS
2  A Limited Liability Partnership
   601 Montgomery Street, Suite 1210
3  San Francisco, California 94111-2616
   Debra@pave-bogaards.com
4  Telephone: (415) 979-0480
   Facsimile: (415) 979-0482
5
   Attorneys for Plaintiff
6  LES CAIN

FILED
08 AUG -8 PM 12: 45
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CAIN, and individual, | CASE NO.   CV-08-2267 WHA |
| Plaintiff, | |
| v. | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT** |
| ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation, | |
| Defendant. | Action Filed: May 1, 2008<br>Trial Date:    None |

TO: PETE ROMO AND AARON BELZER, ON BEHALF OF DEFENDANT, 560 MISSION STREET, SUITE 3100, SAN FRANCISCO, CA 94105

The enclosed amended complaint is served pursuant to Rule 4 (c) (2) (C) (ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 20 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unicorporated association (including a partnership), or other entity, you must indicated under your

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT CV 08-2267 WHA**

-1-

1  signature your relationship to that entity. If you are served on behalf of another person and you are
2  authorized to receive process, you must indicate under your signature your authority.
3       If you do not complete and return the form to the sender within 20 days you (or the party on
4  whose behalf you are being served) may be required to pay any expenses incurred in serving an
5  amended complaint in any other manner permitted by law.
6       If you do complete and return this form, you (or the party on whose behalf you are being
7  served) must answer the amended complaint within 20 days. If you fail to do so, judgment by default
8  will be taken against you for the relief demanded in the complaint.
9       I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of
10 Amended Complaint was hand delivered on August 8, 2008.

                                    PAVE & BOGAARDS

                        By: _____
                            DEBRA F. BOGAARDS
                            Attorney for Plaintiff
                            LES CAIN

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT CV 08-2267 WHA

-2-

ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the amended complaint in the above-captioned matter at 560 Mission Street, Suite 3100, San Francisco, CA 94105

Date: _____                By:_____
                                **PETE ROMO**
                                **AARON BELZER**
                                Attorneys for Defendant
                                AllState Life Insurance Company

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT CV 08-2267 WHA

-3-