DEBRA F. BOGAARDS (SBN 107804)
PAVE & BOGAARDS
A Limited Liability Partnership
601 Montgomery Street, Suite 1210
San Francisco, California  94111-2616
Debra@pave-bogaards.com
Telephone: (415) 979-0480
Facsimile: (415) 979-0482

Attorneys for Plaintiff
**LES CAIN**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CAIN, and individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendant. | CASE NO.    CV-08-2267<br><br>**PLAINTIFF'S DISCOVERY PLAN**<br><br><br>Action Filed:  May 1, 2008<br>Trial Date:    None |

Plaintiff Cain believes discovery will be needed on the following subjects:

1. What policy did Ms. Leslie Cain first apply for with Allstate through agent Benny Kline?

2. What policy did Allstate first issue to Ms. Cain?

3. Did underwriting make a clerical error, in issuing a policy with a face amount of $945,000 rather than $94,500?

4. Did Allstate reissue said policy and deliver it to Ms. Cain?

5. Whether Allstate reissued a refund check to Ms. Cain?

6. What other policies did Allstate issue to Ms. Cain, and why?

---

1          7. Did Allstate act fairly and in good faith?

2          Plaintiff will conduct discovery through interrogatories, request for production of documents,

3    and depositions of the two involved agents, and person most knowledgeable in the underwriting

4    department at Allstate.

5

6

7    DATED: August 20, 2008                        PAVE & BOGAARDS

8                                      By:_____

9                                          DEBRA F. BOGAARDS
                                           Attorney for Plaintiff
10                                         **LES CAIN**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S DISCOVERY PLAN CV 08-2267 WHA**