# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Cain,<br><br>    Plaintiff(s),<br><br> v.<br><br>Allstate Life Insurance Company,<br><br>    Defendant(s). | 08-02267 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

 The court notifies the parties and counsel that the Mediator assigned to this case is:

   **Arnold B. Haims**
   Haims, Valentino & Latchaw, L.L.P
   180 Grand Ave., Suite 700
   Oakland, CA 94612
   510-835-0500
   abh@hjmmlaw.com

 Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-02267 WHA MED    - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: August 28, 2008

> RICHARD W. WIEKING
> Clerk
> by:    Alice M. Fiel
>
> _____
> ADR Case Administrator
> 415-522-3148
> Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-02267 WHA MED                              - 2 -