IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES CAIN, an individual,

    Plaintiff,

  v.

ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation,

    Defendant.
_____/

No. C 08-02267 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

      The Court is in receipt of plaintiff's May 22, 2009, letter concerning a discovery dispute and **SETS** a further meet-and-confer for **MONDAY, JUNE 1, 2009, AT 8:30 A.M.** in the Court's jury room on the 19th floor. Thereafter, the Court shall hear any unresolved issue(s) at **11:30 A.M.** that day. Defendant's response is due by **NOON ON MAY 28, 2009**.

      **IT IS SO ORDERED.**

Dated: May 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE