IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES CAIN, an individual,

    Plaintiff,

  v.

ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

                               /

No. C 08-02267 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

      The Court is in receipt of plaintiff's letter of July 31, 2009, concerning a discovery dispute and **SETS** a hearing for **FRIDAY, AUGUST 7, 2009, AT 9:00 A.M.** in Courtroom 9 at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco, California. This is **NOT** a telephonic conference. Defendant's response is due by 5:00 p.m. on August 5, 2009.

      **IT IS SO ORDERED.**

Dated: August 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE