**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES CAIN, an individual,

      Plaintiff,

    v.

ALLSTATE LIFE INSURANCE
COMPANY, an Illinois corporation,

      Defendant.
                           /

No. C 08-02267 WHA

**ORDER RE RUTZ TESTIMONY RE
SUMMARY JUDGMENT PURPOSES**

      Plaintiff should go ahead and take the deposition of Mr. Rutz on September 10, 2009. The extent to which his testimony will be considered on summary judgment, if at all, will have to be decided after the motions have been fully briefed and argued.  The plaintiff may file a supplement to his opposition based solely on the Rutz testimony promptly after the deposition.

      **IT IS SO ORDERED.**

Dated:  August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE