SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN 38925) promo@seyfarth.com
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
Aaron Belzer (SBN 238901) abelzer@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

PAVE & BOGAARDS
A Limited Liability Partnership
Debra F. Bogaards (SBN 107804) debra@pave-bogaards.com
Melissa Edgecombe (SBN 251932) melissa@pave-bogaards.com
601 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 979-0480
Facsimile: (415) 979-0482

Attorneys for Plaintiff
LES CAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES CAIN, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. CV- 08-02267 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Les Cain ("Plaintiff") and Defendant Allstate Life Insurance Company ("Allstate") through their respective counsel of record, that Plaintiff's entire complaint and all causes of action therein are dismissed WITH PREJUDICE. Each party will bear its own attorneys' fees and costs of suit. Plaintiff and Allstate have agreed to a mutually acceptable resolution of all issues in this case and, as part of their Confidential Release and Settlement Agreement, have agreed to entry of this Stipulated Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Stipulated Dismissal and [Proposed] Order; Case No.: CV-08-02267 WHA

1   IT IS SO STIPULATED

2
                                        PANE + BOGAARDS
3   DATED: October 7, 2009              ~~SEYFARTH SHAW LLP~~ DB

4
                                        By_____/s/ Debra Bogaards_____
5                                           Debra F. Bogaards
                                            Melissa Edgecombe
6
                                        Attorneys for Plaintiff
7                                       LES CAIN

8
    DATED: October 8, 2009              SEYFARTH SHAW LLP
9

10
                                        By_____/s/_____
11                                          Peter E. Romo, Jr.
                                            Kari E. Levine
12                                          Aaron Belzer

13                                      Attorneys for Defendant
                                        ALLSTATE LIFE INSURANCE COMPANY
14
                        ~~[PROPOSED]~~ ORDER OF DISMISSAL
15

16      AS STIPULATED BY THE PARTIES, IT IS SO ORDERED

17
    DATED: ____October 9____, 2009      _____/s/ William Alsup_____
18                                      HON.
                                        UNITED STATES DISTRICT JUDGE
19                                      Judge William Alsup

20

21

22

23

24

25

26

27

28

SF1 28371716.1                          2

Stipulated Dismissal and ~~[Proposed]~~ Order; Case No.: CV-08-02267 WHA